# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Wade Stepheney, Jr. <br> *Plaintiff* <br> v. <br><br> Ms. Cynthia Wilson, OCSDCS Superintendent; Mr. Paul G. Bidwell, OCSD Trustee; Lisa T. Jenkins, OCSD Chair-Trustee; Sam Farlow, OCSD Trustee; Dr. P. Oscar Butler, RMC; Dr. Singleton, O-C Regional Detention Center Physician; Ms. Gladys Arends, Trustee RMC; Mr. Leroy Ravenell, OCSD Sheriff; Mr. Tyrell Davis, ODPS Chief; Mr. Willie Bamberg, Dir O-C Co Reg Det Center, <br> *Defendants* | ) ) ) ) ) ) <br><br> Civil Action No.   1:11-cv-03261-MBS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Wade Stepheney, Jr. , shall take nothing of the defendants; Ms. Cynthia Wilson, Mr. Paul G. Bidwell, Lisa T. Jenkins, Sam Farlow, Dr. P. Oscar Butler, Dr. Singleton, Ms. Gladys Arends, Mr. Leroy Ravenell, Mr. Tyrell Davis, Mr. Willie Bamberg; from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B Seymour, Chief United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date:   June 27, 2012

*CLERK OF COURT*

s/A. Buckingham

*Signature of Clerk or Deputy Clerk*